James H. SULLIVAN, Plaintiff in Error,

v.

The STATE of Oklahoma, Defend-
ant in Error.

No. A–14732.

Court of Criminal Appeals of Oklahoma.

Nov. 27, 1968.

G. T. Blankenship, Atty. Gen., for de-
fendant in error.

MEMORANDUM OPINION

NIX, Presiding Judge:

Plaintiff in error was convicted of the
crime of Burglary Second Degree in the
District Court of Ottawa County, and sen-
tenced to Three Years in the penitentiary.
He appeals to this Court alleging numerous
contentions of error. A review of the
record and the testimony fails to sustain any
of these.

Where a careful reading of the record
and a study of the briefs reveal no error
that would justify reversal or modification,
this Court may affirm said judgment and
sentence by summary order, or brief state-
ment, or by opinion as the Court may see
fit, as is prescribed by statute. 20 O.S.
§ 49, 1968.

Therefore, the judgment and sentence is
hereby affirmed.

BUSSEY and BRETT, JJ., concur.